# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| JIMMY LEE BYNUM, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-02343 |
| | ) | |
| COMMONWEALTH SERUM LABORATORIES | ) | |
| BEHRING, a Corporation, CHRISTINE M. | ) | Magistrate Judge Jonathan E. |
| ADAMS, an individual, in her official and personal | ) | Hawley |
| capacity, and KRISTY BANDZA, an individual, in | ) | |
| her official and personal capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO ALLOW DEFENDANT CHRISTINE ADAMS TO TESTIFY REMOTELY DURING TRIAL

Defendants, CSL Behring, LLC ("CSL"), Christine M. Adams ("Ms. Adams"), and Kristy McEnerney (formerly Kristy "Bandza"), (collectively "Defendants"), by their attorneys, Laner Muchin, Ltd., respectfully move for leave to allow Defendant Christine Adams to testify remotely during the trial. In support of their Motion, Defendants state as follows:

1.      Ms. Adams has a surgery scheduled in connection with her ongoing serious medical condition on October 31, 2024.

2.      Ms. Adams resides in Florida, and she will need up to 6 weeks to recover from her surgery. *See* Exhibit A, Adams' Doctor's Note.

3.      Accordingly, Ms. Adams is unable to appear in-person to testify at trial, which is scheduled to commence on November 18, 2024.

4.      Ms. Adams is a crucial witness in this case as she is expected to testify that she explicitly directed Defendant Kristy McEnerney, the Manager of the Coagulation Department, to ask Plaintiff for an explanation for his late call-off on August 19, 2018. Plaintiff denies that he was

ever asked for an explanation. This Court has expressly found that whether Plaintiff was asked for more information about the reason for his late call "is a disputed material fact." Dkt. 54 p. 28.

5.      It is critical that Ms. Adams is able to provide live trial testimony despite her inability to appear in-person so that the jury has the opportunity to to assess her credibility, just as they will with Plaintiff.

WHEREFORE, Defendants respectfully request that the Court allow Defendant Christine Adams to testify remotely during trial, and such other relief as the Court deems just and proper.

Dated: October 7, 2024

CSL BEHRING, LLC, CHRISTINE M. ADAMS, and KRISTY MCENERNEY,

By: /s/ Katherine E. Stryker
One of Defendants' Attorneys

Jeffrey S. Fowler
Katherine E. Stryker
Laner Muchin, Ltd.
515 North State Street, Suite 2400
Chicago, Illinois 60654
(312) 467-9800 (Phone)
(312) 467-9479 (Fax)
jfowler@lanermuchin.com
kstryker@lanermuchin.com

## <u>CERTIFICATE OF SERVICE</u>

I, Katherine E. Stryker, an attorney, hereby certifies that she caused the foregoing **Defendants' Motion For Leave to Allow Defendant Christine Adams to Testify Remotely During Trial** in the above-captioned matter to be served upon the parties of record listed below, via the e-filing system, on October 7, 2024, addressed to:

> Darren VanPuymbrouck
> Clarissa Cutler
> Mark Raven LLC
> 2524 N. Burling Street
> Chicago, IL 60614
> (312) 304-9530
> darren@raven.law.com
> clarissa@raven.law

/s/Katherine E. Stryker
Katherine E. Stryker