20-2343

E-FILED
Friday, 09 May, 2025 03:22:19 PM
Clerk, U.S. District Court, ILCD

MAY 0 9 2025

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JURY VERDICT FORM

1. **We, the jury, find as follows on Plaintiff, Jimmy Lee Bynum, Jr.'s, claim against Defendant, CSL Behring, LLC:**

*(Place an "X" on the appropriate line.)*

For Plaintiff: _____X_____    For Defendant: _____

*(If you found for Plaintiff and against the Defendant on his claim, fill in below the amount of damages you award. If you found against Plaintiff and for the Defendant, skip Part 2 because you will not award damages)*

2. **Having found for Plaintiff on his claim, we fix Plaintiff's lost wages and benefits damages as $ 57,500 .**

We, the jury, having reached a unanimous agreement on Plaintiff's claim, sign below.

Date: 5-9-25

s/REDACTED

(Foreperson)
s/REDACTED

s/REDACTED

s/REDACTED

s/REDACTED

s/REDACTED

s/REDACTED

35