# SEG

---

## Smith Economics Group, Ltd.
### A Division of Corporate Financial Group
### *Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

March 26, 2026

Darren VanPuymbrouck
Raven Law
2524 N. Burling St.
Chicago, IL, 60615

Re:  Bynum Backpay Salary Schedule

Dear Mr. VanPuymbrouck:

You have asked me to provide the backpay prejudgment interest schedule based on Mr. Bynum's awarded backpay damages of $57,500.  For these calculations I have assumed the earnings loss and offset wages discussed for Scenario 1 in my Second Updated Report dated May 27, 2025.

## TABLE 1: PREJUDGMENT INTEREST SCHEDULE

| Year | Backpay Principal Accumulated | Days |
|---|---|---|
| September, 2018 | $8,604 | 30 |
| October, 2018 | $17,209 | 31 |
| November, 2018 | $25,813 | 30 |
| December, 2018 | $34,417 | 31 |
| January, 2019 | $42,111 | 31 |
| February, 2019 | $49,806 | 28 |
| March, 2019 - December 31, 2019 | $57,500 | 306 |
| 2020 | $57,500 | 365 |
| 2021 | $57,500 | 365 |
| 2022 | $57,500 | 365 |
| 2023 | $57,500 | 365 |
| 2024 | $57,500 | 365 |
| 2025 | $57,500 | 365 |
| January 1, 2026 - March 27, 2026 | $57,500 | 86 |

Table 1 shows the accumulation of Mr. Bynum's awarded backpay, "Backpay Principal", and the estimated days of interest for that backpay principal amount.  Mr. Bynum's backpay is estimated to reach his awarded backpay amount of $57,500 in March of 2019.  Thus, prejudgment interest is shown to apply to the total $57,500 award from March 2019 through March 27, 2026.

*1165 N. Clark Street* ■ *Suite 600* ■ *Chicago, IL  60610* ■ *Fax 312-943-1016* ■ *Tel 312-943-1551*
**www.SmithEconomics.com**

# SEG

Table 2 (below) shows my calculations of prejudgment interest assuming a 6.00 percent per annum.

## TABLE 2: SMITH'S APPLICATION OF INTEREST (6%)

| Year | Backpay Principal Accumulated | Days | Annual Interest Rate | Interest | Cumulative Interest |
|---|---|---|---|---|---|
| September, 2018 | $8,604 | 30 | 6% | $42.43 | $42.43 |
| October, 2018 | $17,209 | 31 | 6% | $87.69 | $130.12 |
| November, 2018 | $25,813 | 30 | 6% | $127.30 | $257.42 |
| December, 2018 | $34,417 | 31 | 6% | $175.39 | $432.81 |
| January, 2019 | $42,111 | 31 | 6% | $214.59 | $647.40 |
| February, 2019 | $49,806 | 28 | 6% | $229.24 | $876.64 |
| March, 2019 - December 31, 2019 | $57,500 | 306 | 6% | $2,892.33 | $3,768.97 |
| 2020 | $57,500 | 365 | 6% | $3,450.00 | $7,218.97 |
| 2021 | $57,500 | 365 | 6% | $3,450.00 | $10,668.97 |
| 2022 | $57,500 | 365 | 6% | $3,450.00 | $14,118.97 |
| 2023 | $57,500 | 365 | 6% | $3,450.00 | $17,568.97 |
| 2024 | $57,500 | 365 | 6% | $3,450.00 | $21,018.97 |
| 2025 | $57,500 | 365 | 6% | $3,450.00 | $24,468.97 |
| January 1, 2026 - March 27, 2026 | $57,500 | 86 | 6% | $812.88 | **$25,281.85** |

**Based on the calculations in Table 2, Mr. Bynum's total prejudgment interest is $25,281.85.**

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

2